IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15-CR-01-00305-BCW |
| | ) | |
| JOSEPH B. LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Robert E. Larsen's Report and Recommendation (Doc. #36) denying Defendant Joseph Lewis's Motion to Suppress Evidence (Doc. #19). The Court, being duly advised of the premises, adopts the Report and Recommendation and denies said motion to suppress.

Defendant filed objections to the Report and Recommendation on December 17, 2014 (Doc. #38). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Larsen's findings of fact and conclusions of law and thus denies Defendant's motion to suppress. Accordingly, it is hereby

ORDERED Defendant's Motion to Suppress (Doc. #19) is DENIED for the reasons stated in the Report and Recommendation (Doc. #36). It is further

ORDERED Magistrate Judge Larsen's Report and Recommendation (Docs. #36) is ADOPTED and shall be attached to and made part of this Order.

IT IS SO ORDERED.

DATED: January 27, 2016          /s/ Brian C. Wimes
                                 JUDGE BRIAN C. WIMES
                                 UNITED STATES DISTRICT COURT